Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLIS MARION WOODWARD,<br><br>　　　　　　Defendant. | 1:25-CR-2041-RLP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g), 924(a)(8)<br>　　　Felon in Possession of a<br>　　　Firearm<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about February 26, 2025, in the Eastern District of Washington, the Defendant, HOLLIS MARION WOODWARD, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Hi-Point Model JCP, .40 caliber pistol bearing serial number 7235363, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, HOLLIS MARION WOODWARD, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Hi-Point Model JCP, .40 caliber pistol bearing serial number 7235363.

DATED this 8 day of April 2025.

A TRUE BILL



_____
Richard R. Barker
Acting United States Attorney

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2