FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HOLLIS MARION WOODWARD,<br><br>                    Defendant. | CASE NO: 1:25-CR-02041-RLP-1<br><br>ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE |
|---|---|

On June 12, 2025, Defendant Hollis Marion Woodward appeared before the Court and entered a plea of guilty to Count 1 of the Indictment filed on April 9, 2024, charging him with being a Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), a Class C felony. The Defendant was represented by attorney Craig D. Webster of the Federal Defenders of Washington and Idaho. Assistant United States Attorney Benjamin D. Seal appeared on behalf of the government.

The Court finds that Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING
SCHEDULE ~ 1

consequences of the plea and the plea of guilty is knowing, and voluntary, is not induced by fear, coercion, or ignorance and is supported by an independent basis in fact establishing each of the essential elements of the crime. Therefore, the Defendant's plea of guilty is accepted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. A sentencing hearing is set for **September 11, 2025, at 10:00 a.m.**, in Yakima Courtroom 203. Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2. **<u>If a sentence of incarceration is imposed, the Defendant shall remain in the custody of the U.S. Marshal's Service.</u>**

3. The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4. Not later than **July 31, 2025**, the probation officer shall disclose the Presentence Investigation Report to the Defendant, counsel for Defendant, and the Government. Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 2

5.  Not later than **August 14, 2025**, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6.  The probation officer shall submit the final Presentence Investigation Report to the Court by **August 28, 2025**. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

7.  Not later than **August 14, 2025,** counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations. **<u>FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.</u>**

8.  Not later than **August 21, 2025**, the opposing party shall file and serve its response limited to no more than seven (7) pages.

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING
SCHEDULE ~ 3

9. If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the Court no later **September 4, 2025**. This includes the names of any party who requests to address the Court prior to the imposition of sentence.

10. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

11. The District Court Executive is authorized to accept Defendant's payment(s) toward the Special Penalty Assessment.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

**DATED** June 12, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 4